IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED JOHNSON,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| vs.           ) | CASE NO.  2:13cv-789-WHA |
| ) | |
| ANDY HUGHES, et al.,           ) | (WO) |
| ) | |
| Defendants.           ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #20), entered on February 18, 2014, the court ADOPTS the Recommendation, and it is hereby ORDERED as follows:

1. Plaintiff's Motion to Dismiss (Doc. #19) is GRANTED.

2. This case is DISMISSED without prejudice.

3. No costs are taxed.

DONE this 13th day of March, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE